ROBERT A. KNIGHT, as Assignee in Insolvency of JAMES McKEON, Respondent, *v.* SIMON ROTHSCHILD, as Surviving Partner of the Firm of S. ROTHSCHILD & BROTHER, Appellant.

*Knight v. Rothschild*, 156 App. Div. 945, affirmed.
(Argued May 5, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action brought upon a judgment recovered by the plaintiff as assignee in insolvency of James McKeon, on March 6, 1899, in the state of Massachusetts, against the defendant Simon Rothschild as surviving partner of the firm of S. Rothschild & Brother, composed of Frank Rothschild, deceased, and the defendant, appellant, Simon Rothschild. The defendant does not challenge the validity of the judgment, but sets up as counterclaims two judgments of the Supreme Court of this state against McKeon (the insolvent debtor), one recovered by S. Rothschild & Brother on January 16, 1896, and the other recovered by the firm of S. F. &

A. Rothschild on January 16, 1896, with interest on each judgment from the date of its entry.

*B. F. Einstein* for appellant.

*Omri F. Hibbard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.